# No. 24-5045
Oral argument set for September 17, 2025

## IN THE
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,**

*Plaintiffs-Appellants,*
*v.*

**X CORP., F/K/A TWITTER, INC., X HOLDINGS, ELON MUSK, DOES,**

*Defendants-Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
TRINA L. THOMPSON, DISTRICT JUDGE • CASE NO. 3:23-CV-03461-TLT

## JOINT MOTION FOR POSTPONEMENT OF ORAL ARGUMENT

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| Melissa D. Hill | Michael E. Kenneally |
| 101 Park Avenue | 1111 Pennsylvania Ave. |
| New York, NY 10178 | Washington, D.C. 20004 |
| 212.309.6318 | 202.739.5893 |
| **MORGAN, LEWIS & BOCKIUS LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| Sean K. McMahan | Mark A. Feller |
| 1717 Main Street, Suite 3200 | One Market, Spear Street Tower |
| Dallas, TX 75201 | San Francisco, CA 94105 |
| 214.466.4102 | 415.442.1744 |

**MORGAN, LEWIS & BOCKIUS LLP**
Jared R. Killeen
2222 Market Street
Philadelphia, PA 19103
215.963.5478

ATTORNEYS FOR DEFENDANTS-APPELLEES
**X CORP., F/K/A TWITTER, INC., X HOLDINGS, ELON MUSK, DOES**

**SANFORD HEISLER SHARP MCKNIGHT, LLP**
Kate Mueting
700 Pennsylvania Avenue SE
Suite 300
Washington, DC 20003
202.499.5206

**SANFORD HEISLER SHARP MCKNIGHT, LLP**
Kristi Stahnke McGregor
611 Commerce Street
Suite 3100
Nashville, TN 37203
615.434.7008

**SANFORD HEISLER SHARP MCKNIGHT, LLP**
Susannah R. Cohen
17 State Street, 37th Floor
New York, NY 10004
646.768.7063

**SANFORD HEISLER SHARP MCKNIGHT, LLP**
Charles H. Field
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
619.577.4252

ATTORNEYS FOR PLAINTIFFS-APPELLANTS
**COURTNEY MCMILLIAN and RONALD COOPER,**
on behalf of themselves and all others similarly situated

## JOINT MOTION FOR POSTPONEMENT OF ORAL ARGUMENT

Plaintiffs-Appellants Courtney McMillian and Ronald Cooper and Defendants-Appellees X Corp., Inc., X Holdings, and Elon Musk respectfully move the Court to postpone the September 17, 2025 oral argument pending the finalization and administration of an imminent class-wide settlement agreement.

The parties have reached a settlement agreement in principle and began negotiating the terms of a long form settlement agreement on August 19, 2025. The finalized settlement agreement will include a proposed distribution of funds to the members of the settlement class(es). If the district court approves the proposed distribution, the agreement will resolve the litigation in its entirety and moot this appeal.

Good cause exists to postpone oral argument pending approval of the class-wide settlement. Oral argument is currently scheduled for September 17, 2025. Taking that hearing off calendar will allow the Court and the parties to avoid wasting resources on further proceedings and thus promote judicial efficiency and economy.

Plaintiffs-Appellants and Defendants-Appellees accordingly request that the Court postpone oral argument. Once the settlement

1

agreement is fully executed, the parties will promptly file a motion with this Court to stay the appeal, and remand the case to the district court for the limited purpose of approving the class-wide settlement. *See* Fed. R. App. P. 12.1. In the meantime, the Parties agree to provide Court with updates every thirty days.

|  |  |
|---|---|
|  | **SANFORD HEISLER SHARP MCKNIGHT, LLP** <br> Kate Mueting <br> Kristi Stahnke McGregor <br> Susannah R. Cohen <br> Charles H. Field |
| August 20, 2025 | By: */s/ Kate Mueting* |
|  | Attorneys for Plaintiffs-Appellants Courtney McMillian and Ronald Cooper, on behalf of themselves and all others similarly situated |
|  | **MORGAN, LEWIS & BOCKIUS LLP** <br> Melissa D. Hill <br> Michael E. Kenneally <br> Sean K. McMahan <br> Mark A. Feller <br> Jared R. Killeen |
| August 20, 2025 | By: */s/ Melissa D. Hill* |
|  | Attorneys for Defendants-Appellees X Corp., F/K/A Twitter, Inc., X Holdings, Elon Musk, Does |