|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 21 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ELON MUSK, et al.,<br><br>        Defendants - Appellees. | No. 24-5045<br><br>D.C. No. 3:23-cv-03461-TLT<br>Northern District of California, San Francisco<br><br>ORDER |

The parties' Joint Motion for Postponement of Oral Argument (DE 51) is **GRANTED.** This case is removed from the September 17, 2025 San Francisco calendar. The parties shall file a report on the status of settlement negotiations with the court no later than September 17, 2025 and every thirty days thereafter pending further order of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT